IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RUTVIK THAKKAR, WILLIAM GONIGAM, and ANDREA KOHLENBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PROCTORU, INC.,<br><br>    Defendant. | Case No. 2:21-cv-2051-CSB-EIL |

**PROCTORU, INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
<u>AND FOR FAILURE TO STATE A CLAIM</u>**

  Defendant ProctorU, Inc., respectfully moves this Honorable Court to dismiss this civil action pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, because ProctorU is not subject to personal jurisdiction in the State of Illinois. ProctorU is incorporated in Delaware and has its principal place of business in Alabama, and Plaintiffs' claims do not arise out of or relate to any contact that ProctorU may have with the State of Illinois. Exercising personal jurisdiction here also would not comport with traditional notions of fair play and substantial justice.

  In addition, ProctorU moves this Court to dismiss the Class Action Complaint (Doc. #1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because Plaintiffs fail to state a claim upon which relief can be granted.

  In further support of this motion, ProctorU submits the attached Declaration of Dr. Ashley Norris in Support of ProctorU's Motion to Dismiss and attached exhibits, and the accompanying memorandum of law, all of which it incorporates by reference into this motion.

Respectfully submitted this the 6th day of May, 2021,

|  |  |
|---|---|
| Megan M. New (IL SBN 6300422)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>T: (312) 862-2000<br>F: (312) 862-2200<br>megan.new@kirkland.com | /s/ *Thomas J. Butler*<br>Thomas J. Butler<br>Michal Crowder<br>Caleb C. Wolanek<br>MAYNARD COOPER & GALE, P.C.<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, AL 35203<br>T: (205) 254-1000<br>F: (205) 254-1999<br>tbutler@maynardcooper.com<br>mcrowder@maynardcooper.com<br>cwolanek@maynardcoper.com |

*Attorneys for Defendant ProctorU, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2021, I e-filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
malmstrom@whafh.com

I also certify that on the same day I mailed, via U.S. Mail, the document to the following:

Alec M. Leslie
Max S. Roberts
BURSOR & FISHER, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
aleslie@bursor.com
mroberts@bursor.com

Christopher R. Reilly
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
creilly@bursor.com

/s/ *Thomas J. Butler*
Of Counsel