IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RUTVIK THAKKAR, WILLIAM GONIGAM, and ANDREA KOHLENBERG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PROCTORU, INC., <br><br> Defendant. | Case No. 2:21-cv-2051-CSB-EIL |

## PROCTORU, INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

Defendant ProctorU, Inc., respectfully moves this Honorable Court to stay discovery and all Rule 26 deadlines pending this Court's decision on ProctorU's Motion to Dismiss (Doc. #9) and Motion to Transfer Venue (Doc. #11). Such a stay of discovery and all Rule 26 deadlines will preserve the resources of the parties and the judiciary, will avoid unfair prejudice, and will not cause prejudice. Plaintiffs' counsel opposes this motion. In further support of this motion, ProctorU submits the accompanying memorandum of law, which it incorporates by reference into this motion.

Respectfully submitted this the 6th day of May, 2021,

|  |  |
|---|---|
| Megan M. New (IL SBN 6300422)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>T: (312) 862-2000<br>F: (312) 862-2200<br>megan.new@kirkland.com | /s/ *Thomas J. Butler*<br>Thomas J. Butler<br>Michal Crowder<br>Caleb C. Wolanek<br>MAYNARD COOPER & GALE, P.C.<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, AL 35203<br>T: (205) 254-1000<br>F: (205) 254-1999<br>tbutler@maynardcooper.com<br>mcrowder@maynardcooper.com<br>cwolanek@maynardcoper.com |

*Attorneys for Defendant ProctorU, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2021, I e-filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
malmstrom@whafh.com

I also certify that on the same day I mailed, via U.S. Mail, the document to the following:

Alec M. Leslie
Max S. Roberts
BURSOR & FISHER, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
aleslie@bursor.com
mroberts@bursor.com

Christopher R. Reilly
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
creilly@bursor.com

/s/ *Thomas J. Butler*
Of Counsel